**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 13, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00446-CV

### ROBERT JAMES BEAZLEY AND VEA ANN BILA, Appellants

### V.

### CITY OF KEMAH, Appellee

**On Appeal from County Court No. 3
Galveston County, Texas
Trial Court Cause No. CV-0065647**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed February 6, 2012.  On September 4, 2012, appellants filed a motion to dismiss the appeal.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.